Isaac Freehling and Juliet S. Freehling, plaintiffs, v. Bankers Building, Inc. et al., defendants. Bankers Building, Inc. and Illinois National Bank and Trust Company of Rockford, appellants. Gen. Nos. 40,273, 40,276.

 Opinion filed July 6, 1938.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain appellant; David Levinson and Bernard Baruch, of counsel. E. J. Blair, for certain other appellant; E. J. Blair, of counsel. Morris Blank, for appellees.

Mr. Justice Matchett delivered the opinion of the court.